```
*** C07 ***
ARC CRIMINAL DOCKETS         DC(DIST. OF COLUMBIA) 10/09/91         PAGE 1

CR-87-00388-01      US-V-RHONE                    CR-87-00388-01
                    as of 10/09/91 at 11:31 AM

Judge: JUDGE PRATT

Defendant:

D1   RHONE, DOROTHA                          Case Filed: 09/22/87

     Address: 3301 18th St., SE #202
              Washington, DC 20020           Birthdate: 01/06/58

     Dft ID: -2499

     Defendant terminated: 03/14/89

     Terminated counts:                      Disposition
     Larceny and Theft; Other,               (Count 3) Dismissed on govt's
     felony - Theft in the First             motion. 12/18/87
     or Second Degree., 22 DCC
     3811 and 3812(a) and (b) (3)

     Larceny and Theft; Other,               (Count 10) Conviction of
     felony - Theft in the First             December 18, 1987 and
     or Second Degree., 22 DCC               sentence imposed on 2/17/88
     3811 and 3812(a) and (b)                is vacated. Imposition of
     (10)                                    Sentence Suspended. Three
                                             (3) Years Probation.
                                             Restitution not imposed
                                             because deft. has paid full
                                             restitution pursuant to the
                                             Court's Order of 2/17/88.
                                             All remaining counts
                                             dismissed.  (Rep: Vernell
                                             Marshall). (03/14/89)
     Larceny and Theft; Other,               (Counts 1-2,4-9,11) Dismissed
     felony - Theft in the First             (All remaining counts are
     or Second Degree., 22 DCC               dismissed.). 03/14/89
     3811 and 3812(a) and (b) (1-
     2,4-9), Fraud: Postal,
     interstate wire, radio, etc.
     - Mail Fraud. Aiding and
     Abetting., 18 USC 1341 and
     2 (11)

Offense Level (disposition): FEL

Total Probation: 36 Mo
```

```
*** D07 ***
ARC CRIMINAL DOCKETS         DC(DIST. OF COLUMBIA) 10/09/91                    PAGE 2

CR-87-00388-01                                          CR-87-00388-01
                 US-V-RHONE
                      as of 10/09/91 at 11:31 AM
-----------------------------------------------------------------------------

Defense Counsel:
   FARQUHAR, THOMAS W
   304 INDEPENDENCE AVE., S.E.
   WASHINGTON, DC 20003
   543-2250

   FARQUHAR, THOMAS W
   304 INDEPENDENCE AVE., S.E.
   WASHINGTON, DC 20003
   543-2250

U S Attorneys:                           BRUCE, BLANCHE
   CHAPMAN, LINDA                        (202) 272-9078
   272-9078
........................................................................
```

\*\*\* EO. \*\*\*  \*\*\* E07 \*\*\*
ARC CRIMINAL DOCKETS

CR-87-00388-01                     DC(DIST. OF COLUMBIA) 10/09/91                     PAGE 3

US-V-RHONE                                                        CR-87-00388-01

                        PROCEEDINGS

09/22/87  Filed indictment (Grand Jury Original) (Dkt'd 09/28/87).
          Case assigned to JUDGE PRATT (Dkt'd 09/28/87).
          - Category D (Dkt'd 09/28/87).
          US Attorney CHAPMAN, LINDA added to case (Dkt'd 09/28/87).

09/23/87  Order appointing attorney FARQUHAR, THOMAS W to represent
          defendant (No CJA payment unless attorney produces deft.
          for affidavit.) (MAGISTRATE ATTRIDGE) (Dkt'd 10/02/87).

09/28/87  Arraignment and plea set for 10/09/87 @ 9:30 AM (Counts 1-
          10,11) (before Judge Pratt) (Dkt'd 10/07/87).

10/09/87  Arraignment held (Counts 1-10,11) (Dkt'd 10/20/87).
          Defendant's first appearance (Dkt'd 10/20/87).
          Defendant appears with counsel (Dkt'd 10/20/87).
          Defendant enters plea of not guilty (Counts 1-10,11) (Dkt'd
          10/20/87).
          Status hearing set for 10/26/87 @ 9:30 AM (deft. to file
          motions within 15 days. Per. recog. set. (Rep: V.
          Marshall)) (JUDGE PRATT) (Dkt'd 10/20/87).
          Order filed (directing deft. to be routinely processed.
          (N)) (JUDGE PRATT) (Dkt'd 10/20/87).
          Order defendant released on personal recognizance with
          conditions (JUDGE PRATT) (Dkt'd 10/20/87).

10/13/87  Order appointing attorney FARQUHAR, THOMAS W to represent
          defendant (Signed NPT 9/23/87. (#866378) Affidavit
          attached) (MAGISTRATE ATTRIDGE) (Dkt'd 10/20/87).

10/23/87  US Attorney BRUCE, BLANCHE added to case (Dkt'd 10/29/87).

10/26/87  Status hearing held (Dkt'd 10/30/87).
          Status hearing set for 11/06/87 @ 9:30 AM (deft. per. recog.
          (Rep: V. Marshall)) (JUDGE PRATT) (Dkt'd 10/30/87).

11/06/87  Status hearing held (Oral request of deft. to waive speedy
          trial act heard and granted. The Court makes a finding
          pursuant to the Speedy Trial Act that failure to continue
          would stop further proceedings or result in miscarriage of
          justice.) (Dkt'd 11/16/87).
          Trial date set for 12/17/87 @ 9:30 AM (Counts 1-10,11)
          (Deft. per. recog. (Rep: V. Marshall)) (JUDGE PRATT)
          (Dkt'd 11/16/87).
          Mark the beginning of a potential excludable period of type
          X-T1 starting on 11/06/87 and not to extend beyond 12/17/87
          ((In re TRDATS on 11/6/87)) (Dkt'd 11/16/87).

12/17/87  Voir dire begins-jury (Counts 1-10,11) (Dkt'd 12/21/87).
          Excludable delay based on finding the ends of justice

|  |  |
|---|---|
| | served by continuance began on 11/06/87 and ended on 12/17/87 (Dkt'd 12/21/87). Trial begins-jury (Counts 1-10,11) (Jury and 2 alternates sworn. Trial begun.) (Dkt'd 12/21/87) Trial held-jury (Counts 1-10,11) (Dkt'd 12/21/87). Jury trial adjourned to 12/18/87 @ 9:30 AM (Counts 1-10,11) (Respited. Deft. continued on per. rocog. (Rep: V. Marshall)) (JUDGE PRATT) (Dkt'd 12/2?/87). |
| 12/18/87 | Trial held-jury (Counts 1-10,11) (Trial resumed. Same jury and 2 alternates.) (Dkt'd 12/22/87). Motion made in open court to dismiss. (MOT#1) (Count 3) (by Govt. to dismiss count of the indictment.) (Dkt'd 12/22/87). Motion to dismiss granted (MOT#1) (of Govt. to dismiss count 3) (JUDGE PRATT) (Dkt'd 12/22/87). Dismissed on government's motion (Count 3) (JUDGE PRATT) (Dkt'd 12/22/87). Trial ends-jury (Counts 1-2,4-10,11) (Alternate jurors discharged. Jury deliberations begun and concluded.) (Dkt'd 12/22/87). Jury verdict of guilty (Counts 1-2,4-11) (Jury discharged.) (Dkt'd 12/22/87). Order cause referred to the probation department for a pre-sentence investigation (Counts 1-2,4-10,11) (Deft. continued on per. recog. (Rep: V. Marshall)) (JUDGE PRATT) (Dkt'd 12/22/87). - Verdict Form. (Dkt'd 12/22/87). |
| 0?/04/88 | Sentencing set for 02/17/88 @ 9:30 AM (Counts 1-2,4-11) (before Judge Pratt) (Dkt'd 02/04/88). |
| 02/17/88 | Sentencing of defendant (Counts 1-2,4-11) (IMPOSITION OF SENTENCE SUSPENDED. Three (3) years probation. Restitution to be paid in the amount of $3,060.00. Special assessment in the amount of $50.00 is also imposed. (Rep: V. Marshall)) (JUDGE PRATT) (Dkt'd 02/18/88). Notice filed (Receipt and acknowledgement of presentence investigation report.) (JUDGE PRATT) (Dkt'd 02/18/88). |
| 02/19/88 | Judgment and Probation (Counts 1-2,4-11) (JUDGE PRATT) (Dkt'd 02/22/88). |
| 02/24/88 | Filed notice of appeal (Counts 1-2,4-11) (APPL#1) (by deft. from sentence imposed on 2/17/88. (CJA, No Fee) (Docketing Statement Attached)) (Dkt'd 02/25/88). - (APPL#1) (Copy of notice of appeal sent to deft. and counsel) (Dkt'd 02/25/88). |

```
*** G07 ***
ARC CRIMINAL DOCKETS          DC(DIST. OF COLUMBIA) 10/09/91                PAGE 5
CR-87-00388-01                                        CR-87-00388-01

              US-V-RHONE                   PROCEEDINGS

02/29/88   Notice of appeal and docket entries transmitted to USCA
           (APPL#1) (and to US Attorney. "Docketing Statement
           Attached"). (Dkt'd 03/02/88).

03/01/88   Filed CJA Form #24 copy #3 Authorization & Voucher for
           Payment of Transcript (for testimony of witnesses and jury
           instructions. Signed 2/29/88. Proceedings of 12/17/87 and
           12/18/87. (Rep: V. Marshall)) (JUDGE PRATT) (Dkt'd
           03/02/88).

03/02/88   U.S. Court of Appeals docket number (USCA # 88-3028) (Dkt'd
           03/08/88).

04/06/88   Certified and transmitted record on appeal to United States
           Court of Appeals (APPL#1) (One (1) Volume of Original
           Record. (#10)) (Dkt'd 04/07/88).

04/13/88   Filed transcript of proceedings for 12/17/87 (Pages 1-62.
           (Rep: V. Marshall)) (Dkt'd 04/14/88).
           Filed transcript of proceedings for 12/18/87 (Pages 63A-
           115. (Rep: V. Marshall)) (Dkt'd 04/14/88).

04/14/88   Transmitted supplemental record on appeal (Two (2) Volumes
           of reporters transcripts. (#12)) (Dkt'd 04/15/88).

05/19/88   - (APPL#1) (Receipt acknowledged from USCA dated 4/14/88
           for the supplemental (#12) record on appeal) (Dkt'd
           05/25/88).

06/15/88   - (APPL#1) (Receipt acknowledged from USCA dated 4/8/88
           for the record on appeal) (Dkt'd 06/17/88).

02/14/89   Status hearing set for 02/28/89 @ 9:30 AM (for status call
           before Judge John H. Pratt.) (Dkt'd 02/15/89).

02/28/89   Filed certified copy of order from U.S. Court of Appeals
           remanding cause to U.S. District Court (APPL#1) (Certified
           Copy of Judgment from U.S.C.A. dated 1/6/89, reversing and
           remanding judgment of U.S.D.C., opinion attached.) (Dkt'd
           03/02/89).

03/14/89   Status hearing held (Conviction of December 18, 1987 and
           sentence imposed on 2/17/88 is vacated.) (JUDGE PRATT)
           (Dkt'd 03/21/89).
           Defendant withdraws plea of not guilty (Counts 1-2,4-10,11)
           (Dkt'd 03/21/89).
           Defendant enters plea of guilty (Count 10) (Theft in the
           first and second degree 22 DCC 3811 and 3812(a) and (b).)
           (Dkt'd 03/21/89).
```

```
*** H07 ***
ARC CRIMINAL DOCKETS        DC(DIST. OF COLUMBIA) 10/09/91              PAGE 6       *** H07 ***

CR-87-00388-01                                                CR-87-00388-01

                US-V-RHONE              PROCEEDINGS

            Sentencing of defendant (Count 10) (Conviction of December
            18, 1987 and sentence imposed on 2/17/88 is vacated.
            Imposition of Sentence Suspended. Three (3) Years
            Probation. Restitution not imposed because deft. has paid
            full restitution pursuant to the Court's Order of 2/17/88.
            All remaining counts dismissed. (Rep: Vernell Marshall))
            (JUDGE PRATT) (Dkt'd 03/21/89);
            Dismissed (Counts 1-2,4-9,11) (All remaining counts are
            dismissed.) (JUDGE PRATT) (Dkt'd 03/21/89);
            Filed waiver of jury trial (Approved.) (JUDGE PRATT) (Dkt'd
            03/21/89).

03/15/89    Order filed (vacating the deft.'s conviction of 12/18/87
            and sentence imposed on 2/17/88. (N)) (JUDGE PRATT) (Dkt'd
            03/22/89).
            Judgment and probation (Count 10) ((N)) (JUDGE PRATT)
            (Dkt'd 03/22/89).

03/17/89    Order appointing attorney FARQUHAR, THOMAS W to represent
            defendant (Signed 3/17/89. (Voucher #179450)) (JUDGE
            PRATT) (Dkt'd 03/23/89).

04/06/89    Record returned from United States Court of Appeals
            (consisting of one (1) volume of the original record, two
            (2) volumes of transcripts. (Received 4/4/89 in Clerk's
            Office)) (Dkt'd 04/12/89).

........................................................................

            End of docket
```